No. 73–6723.  PEREZ ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6724.  DUNN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–6725.  COLEMAN *v.* UNITED STATES; and
No. 73–6728.  COLEMAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 495 F. 2d 1374.

No. 73–6726.  CHANEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–6727.  KNIGHT *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–6729.  VESSI *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6730.  WITT ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6734.  YOUNG ET AL. *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–6736.  D'ANDREA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–6737.  HYSELL *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.